UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JERRY LEE KING,

        Petitioner,

  v.

DAVE DAVEY,

        Respondent.

No.  2:16-cv-1464-WBS-EFB P

ORDER

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 10, 2017, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

    1.  The findings and recommendations filed February 10, 2017, are adopted in full;

/////

2. The September 1, 2016 motion to dismiss (ECF No. 17) is granted, and the petition is dismissed with leave to amend to allow petitioner the opportunity to file a fully exhausted petition and then seek a stay under <u>Kelly v. Small</u>, 315 F.3d 1063 (9th Cir. 2002);

3. Petitioner's motions to stay (ECF Nos. 27, 30) are denied without prejudice.

Dated: March 24, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE