UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE KING,<br><br>    Petitioner,<br><br>    v.<br><br>DAVE DAVEY,<br><br>    Respondent. | No. 2:16-cv-01464-WBS-EFB P<br><br><br><br>ORDER |

Petitioner is a state prisoner proceeding without counsel in an action brought under 28 U.S.C. § 2254. He has filed a motion alleging that the property officer at his institution of incarceration refuses to provide him his legal property without an order from the court directing him to do so. ECF No. 34. Defendants have not responded to the motion.

The court hereby ORDERS counsel for defendants to inquire into the status of plaintiff's access to his legal property no later than 14 days from the date of this order. Within 21 days of the date of this order, defendants shall file an opposition, or other appropriate response, to plaintiff's February 8, 2017 motion (ECF No. 34).

DATED: April 19, 2017.

                                                EDMUND F. BRENNAN<br>                                                UNITED STATES MAGISTRATE JUDGE