UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE KING,<br><br>    Petitioner,<br><br>    v.<br><br>DAVE DAVEY,<br><br>    Respondent. | No. 2:16-cv-1464-WBS-EFB P<br><br>ORDER |

Petitioner is a state prisoner proceeding without counsel in an action brought under 28 U.S.C. § 2254. He filed a motion alleging that the property officer at his institution of incarceration refused to provide him his legal property without an order from the court directing him to do so. ECF No. 34. The court directed counsel for defendants to inquire into the status of plaintiff's access to his legal property. ECF No. 41. Before the time for responding to that order passed, plaintiff filed a notice informing the court that he had been provided with his legal property and access to the law library. ECF No. 42. Defendants then notified the court that they would comply with the court's order if the court deemed it necessary in light of plaintiff's notice. ECF No. 43.

/////
/////
/////
/////

1

| | |
|---|---|
| 1 | Because plaintiff's April 26, 2017 notice makes clear that he has been provided with his |
| 2 | legal property, his February 8, 2017 motion (ECF No. 34) is DENIED as moot. Defendants need |
| 3 | not inquire into the status of plaintiff's access to his legal property as directed in the April 19, |
| 4 | 2017 order (ECF No. 41). |

DATED: July 5, 2017.

/s/ Edmund F. Brennan
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE