UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY LEE KING,<br><br>    Petitioner,<br><br>    v.<br><br>DAVE DAVEY,<br><br>    Respondent. | No. 2:16-cv-1464-WBS-EFB P<br><br><br>ORDER |

    Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

    On March 13, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

    The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

    1. The findings and recommendations filed March 13, 2018, are adopted in full; and

/////

1

2. Petitioner's September 14, 2017 motion to stay (ECF No. 55) is denied.  As explained by the Magistrate Judge, if petitioner wishes to add claims he has recently exhausted back into the petition, he must file a motion to amend the petition.

Dated:  April 17, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE